

On the other picture you will see how my car looked on the day of the incident. My name, phone number, address is on it.

New car temporary tag

My Business sign with my name, phone number, address, etc

This picture was given to me by the prosecutor in discovery matter.





DEBT

FRANCIS CRE[I]

646-626-







**DEBT DELETION**
**FRANCIS CREDIT REPAIR AGENCY**
**646-626-3007**



DEBT DELETION
646-626-3007
Francis Credit Repair & Debt Deletion

CREDIT REPAIR
646-626-3007

646-626-3007